**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

SELENE GUZMAN AYALA,                          §
                                              §
    Petitioner,                               §
                                              §
v.                                            §        **CAUSE NO. EP-26-CV-1571-KC**
                                              §
EL PASO PROCESSING CENTER                     §
WARDEN et al.,                                §
                                              §
    Respondents.                              §

**FINAL JUDGMENT**

On this day, the Court considered the case.  On June 17, 2026, the Court granted in part Selene Guzman Ayala's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide her with a bond hearing before an immigration judge ("IJ"), at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, her continued detention; or (2) release her from custody, under reasonable conditions of supervision.  June 17, 2026, Order 3, ECF No. 4.

Respondents have now informed the Court that on June 23, 2026, an IJ ordered Guzman Ayala released on a $1,500.00 bond.  Advisory, ECF No. 5; *see id.* Ex. A ("IJ Order"), ECF No. 5-1.

It appears that no matters remain to be resolved in this case.  *See generally* Pet., ECF No. 1; June 17, 2026, Order.  Accordingly, **the Clerk shall close the case.**

**SO ORDERED**.

**SIGNED this 29th day of June, 2026.**


_____
KATHLEEN  CARDONE
UNITED STATES DISTRICT JUDGE